UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                        Plaintiff,<br><br>                    v.<br><br>SAI-HONG IGNATIUS OU,<br><br>                                        Defendant. | Civil Action No. 1:24-cv-13113 |

**MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff Securities and Exchange Commission (the "Commission") moves that this Court enter the attached proposed Final Judgment as to Defendant Sai-Hong Ignatius Ou.  The Commission and Ou have agreed to all terms in the Final Judgment.  In support of this motion, the Commission has attached a Consent signed by Ou, memorializing his agreement to the terms of the Final Judgment.

The Commission respectfully requests that the Court enter the attached proposed Final Judgment.

**Securities and Exchange Commission**

By its attorneys,

*/s/ Alfred A. Day*
Alfred A. Day (Mass. BBO No. 654436)
Sean Fishkind (Mass. BBO No.707172)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts  02110
(617) 573-8900 (Main)

(617) 573-4537 (Day direct)
(617) 573-4590 (Facsimile)
daya@ sec.gov (Day)